UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMARKO L. HALL,<br><br>    Plaintiff(s),<br><br>v.<br><br>SCOTT M. CANTOR,<br><br>    Defendant(s). | Case No. 2:23-cv-01109-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The financial certificate and copy of the trust fund account statement are both from early April (*i.e.*, more than three months ago). The Court declines to rely on those stale documents. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. A complete and updated application to proceed *in forma pauperis* must be filed by September 1, 2023.[1]

IT IS SO ORDERED.

Dated: July 18, 2023

                                                                                               
Nancy J. Koppe
United States Magistrate Judge

---

[1] It appears the motion for appointment of counsel was filed in error since it bears a different case caption. Docket No. 1 at 4. If Plaintiff intended to file that motion in this case, it is **DENIED** without prejudice as premature at this juncture.

1