UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMARKO L. HALL,<br>    Plaintiff(s),<br>v.<br>SCOTT M. CANTOR, et al.,<br>    Defendant(s). | Case No. 2:23-cv-01109-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

Plaintiff, who is a detainee, has submitted a civil rights complaint, and has filed a renewed application to proceed *in forma pauperis*. Docket Nos. 1-1, 4.

Plaintiff's renewed application to proceed *in forma pauperis* is incomplete. "When submitting an application to proceed *in forma pauperis*, an incarcerated or institutionalized person must simultaneously submit a certificate from the institution certifying the amount of funds currently held in the applicant's trust account at the institution and the net deposits in the applicant's account for the six months before the date of submission of the application." Local Special Rule 1-2. The applicant must also submit "a certified copy of the trust fund account statement." 28 U.S.C. § 1915(a)(2). Plaintiff did not submit this certificate or the certified account statement.[1]

Accordingly, Plaintiff's renewed application to proceed *in forma pauperis*, Docket No. 4, is **DENIED** without prejudice. No later than **September 1, 2023**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete

---

[1] Plaintiff's initial application to proceed *in forma pauperis* was denied without prejudice because the financial certificate and copy of the trust fund account statement were outdated. Docket No. 3 at 1. Plaintiff's renewed application omitted that paperwork altogether.

1

financial attachments; or (2) pay the $402 fee for filing a civil action.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to mail Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.[2]

IT IS SO ORDERED.

Dated: August 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Plaintiff again attached a motion for appointment of counsel with a caption for another case.  *See* Docket No. 4 at 4-5.  If Plaintiff intended to file that motion in this case, it is again **DENIED** without prejudice as premature at this juncture.  *See* Docket No. 3 at 1 n.1.