1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DEMARKO L. HALL,

Plaintiff,

v.

SCOTT M. CANTOR, et al.,

Defendants.

Case No. 2:23-cv-01109-RFB-NJK

**ORDER**

Before the Court for consideration is the Report and Recommendation (ECF No. 9) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on October 26, 2023. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 9, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with all of the Magistrate Judge's recommendations.

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 9) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED without prejudice as to the claim against Scott Cantor and DISMISSED with prejudice as to the claim against the State Bar of Nevada.

The Clerk of Court is instructed to close this matter accordingly.


**DATED:** January 12, 2024.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**